AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JESUS GONZALEZ, an individual,<br><br>*Plaintiff(s)*<br>v.<br>FARMACIA 22-24 CENTRO, INC., a Florida corporation, and DOLORES M LLC, a Florida limited liability company,<br><br>*Defendant(s)* | Civil Action No. 24-cv-21889-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FARMACIA 22-24 CENTRO, INC.
c/o registered agent:
Ortega C., Francisco A., Sr.
1266 West Flagler Street
Miami, FL 33135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nolan Klein, Esq.
Law Offices of Nolan Klein, P.A.
5550 Glades Road, Ste. 500
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  05/16/2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| JESUS GONZALEZ, an individual, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 24-cv-21889-RKA |
| FARMACIA 22-24 CENTRO, INC., a Florida corporation, and DOLORES M LLC, a Florida limited liability company, | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  DOLORES M, LLC
c/o registered agent:
Ortega, Francisco
2750 SW 128th Avenue
Miami, FL 33175


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nolan Klein, Esq.
Law Offices of Nolan Klein, P.A.
5550 Glades Road, Ste. 500
Boca Raton, FL 33431


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____05/16/2024_____

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ A. Rodriguez*
Deputy Clerk
U.S. District Courts