An official website of the United States government. Here's how you know.

Log in to PACER Systems



Public Access To Court Electronic Records

# PACER Case Locator

New Search | Saved Items | Court Information | Settings | Nolan Klein

Party Search > Search Results

**Search Criteria:** Party Search; Last Name: [DOLORES M LLC]
**Result Count:** 1

Icon Legend

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Dolores M LLC (dft) | 1:2024cv21889 | Gonzalez v. Farmacia 22-24 Centro, Inc. et al | Florida Southern District Court | 05/15/2024 | |

**PACER Service Center**  05/30/2024 13:42:14
**User** LONK0613
**Client Code**
**Description** All Court Types Party Search
All Courts; Name DOLORES M LLC; All Courts; Page: 1
**Billable Pages** 1 ($0.10)   Print Receipt

**Icon Legend**
- Save search to Saved Searches
- Sort search results
- Choose columns to display
- Refine the current search
- Download search results
- Save case to Saved Cases
- Remove case from Saved Cases
- Reduce font size
- Enlarge font size

PACER FAQ | Privacy & Security | Contact Us



This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

An official website of the United States government. Here's how you know.

Log in to PACER Systems


Public Access To Court Electronic Records

# PACER Case Locator

New Search | Saved Items | Court Information | Settings | Nolan Klein

Party Search › Search Results

**Search Criteria:** Party Search; Last Name: [farmacia 22-24 centro]
**Result Count:** 1

Icon Legend

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Farmacia 22-24 Centro, Inc. (dft) | 1:2024cv21889 | Gonzalez v. Farmacia 22-24 Centro, Inc. et al | Florida Southern District Court | 05/15/2024 | |

**PACER Service Center**  05/30/2024 13:44:47
**User** LONK0613
**Client Code**
**Description** All Court Types Party Search
All Courts; Name farmacia 22-24 centro; All Courts; Page: 1
**Billable Pages** 1 ($0.10)    Print Receipt

**Icon Legend**
- Save search to Saved Searches
- Sort search results
- Choose columns to display
- Refine the current search
- Download search results
- Save case to Saved Cases
- Remove case from Saved Cases
- Reduce font size
- Enlarge font size

PACER FAQ    Privacy & Security    Contact Us


This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov