**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JESUS GONZALEZ, *an individual*,

    Plaintiff,                      CASE NO.: 1:24-cv-21889-RKA

vs.

FARMACIA 22-24 CENTRO, INC.,
*a Florida corporation, and* DOLORES M LLC, *a Florida limited liability company,*

    Defendants.
_____/

**PLAINTIFF'S VERIFIED AFFIDAVIT REGARDING PLAINTIFF'S PAST VISITS TO THE PROPERTY**

Plaintiff, JESUS GONZALEZ ("Plaintiff"), by and through his undersigned counsel, hereby files his Verified Affidavit Regarding Plaintiff's Past Visits to the Property, and in support thereof would state:

1. **Plaintiff's past visits to the subject property**

   I visited subject property on May 9, 2024.

2. **Any specific plans to return to the property in the future**

   I live in Coral Gables, Florida, which is fairly near the subject property. I will return to the subject property after all of the ADA violations have been remediated.

3. **Specific details relating to the frequency of travel to the area**

   I live in Coral Gables, Florida, which is fairly near the subject property. I am in the area very frequently.

4. **Plaintiff's specific proximity to the property**

   My home is approximately 4.6 miles from the subject property.

## VERIFICATION

Pursuant to 28 U.S.C. § 1746 I verify under penalty of perjury that the foregoing is true and correct.

DocuSigned by:

*Jesus Gonzalez*
AF11C7979E974A5...
JESUS GONZALEZ, PLAINTIFF

Respectfully Submitted,

**LAW OFFICES OF NOLAN KLEIN**
*Attorneys for Plaintiff*
5550 Glades Road, Suite 500
Boca Raton, FL 33431
PH: (954) 745-0588

By: */s/ Nolan Klein*
NOLAN KLEIN, ESQ.
Florida Bar No. 647977
klein@nklegal.com
amy@nklegal.com

and

**ENTIN LAW GROUP, P.A.**
*Co-counsel for Plaintiff*
1213 S.E. Third Avenue
Fort Lauderdale, FL 33316
Tel: (954) 761-7201

By: */s/ Joshua M. Entin*
JOSHUA M. ENTIN, ESQ.
Florida Bar No. 493724
josh@entinlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **30th** day of **May,** 2024.

By: */s/ Nolan Klein*
NOLAN KLEIN, ESQ.