## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 24-CV-21889-RKA

Plaintiff:
**JESUS GONZALEZ, an individual,**

vs.

Defendant:
**FARMACIA 22-24 CENTRO, INC., a Florida corporation, and DOLORES M LLC, a Florida limited**

JGS2024005119

For:
Nolan Klein, Esq.
LAW OFFICES OF NOLAN KLEIN, P.A.
5550 Glades Road
Ste. 500
Boca Raton, FL 33316

Received by COURTESY FLORIDA PROCESS SERVERS on the 16th day of May, 2024 at 4:26 pm to be served on **FARMACIA 22-24 CENTRO, INC. c/o registered agent: Ortega C., Francisco A., Sr., 1266 W Flagler Street, Miami, FL 33135.**

I, CARLOS PARDO, do hereby affirm that on the **22nd day of May, 2024** at **12:50 pm, I:**

**CORPORATE: served** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Cristian Ortega** as **Registered Agent** at the address of: **1266 W Flagler Street, Miami, FL 33135** on behalf of **FARMACIA 22-24 CENTRO, INC.**, and informed said person of the contents therein, in compliance with state statutes.

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**CARLOS PARDO**
CPS #1056

**COURTESY FLORIDA PROCESS SERVERS**
**Payment Center**
**P.O. Box 40-3621**
**Miami Beach, FL 33140**
**(888) 319-2205**

Our Job Serial Number: JGS-2024005119

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JESUS GONZALEZ, an individual,<br><br>*Plaintiff(s)*<br>v.<br>FARMACIA 22-24 CENTRO, INC., a Florida corporation, and DOLORES M LLC, a Florida limited liability company,<br><br>*Defendant(s)* | Civil Action No. 24-cv-21889-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FARMACIA 22-24 CENTRO, INC.
c/o registered agent:
Ortega C., Francisco A., Sr.
1266 West Flagler Street
Miami, FL 33135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nolan Klein, Esq.
Law Offices of Nolan Klein, P.A.
5550 Glades Road, Ste. 500
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/16/2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts