**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-cv-21889-RKA

JESUS GONZALEZ, *an individual*,

        Plaintiff,

vs.

FARMACIA 22-24 CENTRO, INC.,
*a Florida corporation, and* DOLORES M LLC, *a Florida limited liability company,*

        Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff, JESUS GONZALEZ ("Plaintiff") and Defendants, FARMACIA 22-24 CENTRO, INC., and DOLORES M LLC (collectively, "Defendants"), by and through their undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this Action, inclusive of all claims asserted by Plaintiff against Defendants, be and the same hereby are, dismissed in their entirety with prejudice. Plaintiff and Defendants shall bear their own respective attorney's fees, interest, and costs, except as otherwise set forth in their Settlement and Release Agreement, dated August 20, 2024.

Dated: August 21, 2024.

                                              Respectfully Submitted,

                                              **LAW OFFICES OF NOLAN KLEIN**
                                              *Attorneys for Plaintiff*
                                              5550 Glades Road, Suite 500
                                              Boca Raton, FL 33431
                                              PH: (954) 745-0588

                                              By: __*/s/ Nolan Klein*__
                                              NOLAN KLEIN, ESQ.
                                              Florida Bar No. 647977
                                              klein@nklegal.com

amy@nklegal.com

and

**ENTIN LAW GROUP, P.A.**
*Co-counsel for Plaintiff*
1213 S.E. 3rd Avenue
Fort Lauderdale, FL 33316
Tel: (954) 761-7201

By: */s/ Joshua M. Entin*
JOSHUA M. ENTIN, ESQ.
Florida Bar No. 493724
josh@entinlaw.com


SPIRE LAW, PLLC
*Counsel for Defendants*
2572 W State Rd 42
STE 2088
Oviedo, FL 32765
Tel: (407) 494-0135

By: */s/Alyssa Castelli*
ALYSSA CASTELLI, ESQ.
Florida Bar No. 1032306
JAMIE L. WHITE, ESQ.
Florida Bar No. 100018
alyssa@spirelawfirm.com
jamie@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this 21st day of August, 2024.

By: */s/ Joshua M. Entin*
Joshua M. Entin, Esq.

## SERVICE LIST:

**ALYSSA CASTELLI, ESQUIRE**
SPIRE LAW, PLLC
2572 W State Rd 42
STE 2088
Oviedo, FL 32765
Tel: (407) 494-0135
*Attorneys for Defendants*